JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
YOUN YEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-CR-00292 AWI-BAM |
| Plaintiff, ) | STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND ORDER THEREON |
| v. ) | |
| YOUN YEN, ) | DATE: May 13, 2013<br>TIME: 10:00 a.m.<br>Courtroom Two |
| Defendant. ) | HONORABLE ANTHONY W. ISHII |

Defendant, YOUN YEN, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Arraignment on the Superseding Information and Change of Plea hearing on **May 13, 2013** at **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii. The parties also stipulate that the Status Conference presently set on May 13, 2013 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe be vacated.


Dated: April 23, 2013                                          /s/ John F. Garland
                                                                         John F. Garland
                                                                   Attorney for Defendant
                                                                           YOUN YEN

Dated: April 23, 2013                                          Benjamin B. Wagner
                                                               United States Attorney

                                                    /s/ Kevin P. Rooney
                                            By:    KEVIN P. ROONEY
                                                   Assistant U.S. Attorney

# ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Arraignment on the Superseding Information and Change of Plea hearing for defendant YOUN YEN is set on May 13, 2013 at 10:00 a.m. and the Status Conference set on May 13, 2013 at 1:00 p.m. is vacated.

IT IS SO ORDERED.

Dated:   April 25, 2013
                                            _____
                                                SENIOR DISTRICT JUDGE