

**FILED**

DEC 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOUN YEN, ) <br> ) <br> Defendant. ) | Case №: 1:12-CR-00292-4DAD <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing John Garland to represent the above defendant in this case effective *nunc pro tunc* to December 16, 2019.

 . This appointment shall remain in effect until further order of this court.

DATED: 12/17/2019

HON. ERICA P. GROSJEAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL     1